IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE APPLICATION OF THE : CASE NO. 3:11 MJ 180
UNITED STATES OF AMERICA FOR
AN ORDER AUTHORIZING THE
INSTALLATION AND USE OF A PEN
REGISTER AND A TRAP AND TRACE
DEVICE AND ACQUISITION OF
CELLULAR SITE INFORMATION AND
SUBSCRIBER RECORDS FOR
TELEPHONE NUMBER (567) 225-1149

ORDER SEALING APPLICATION AND ORDER AUTHORIZING
PEN REGISTERS AND TRAP AND TRACE DEVICES

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application and Order Authorizing Pen Registers and Trap and Trace Devices be sealed and kept from public inspection.

7-1-16
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE